Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> C & A FLOORING, INC., a California corporation, <br><br> Defendant. | Case No.: C12-1873 YGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant C & A FLOORING, INC., a California corporation. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

1   I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2   entitled action, and that the foregoing is true of my own knowledge.
3   Executed this 4th day of June, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:  _____/s/_____
   Muriel B. Kaplan
   Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: August 22, 2012    _____
   UNITED STATES DISTRICT COURT JUDGE
   YVONNE GONZALEZ ROGERS

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-1873 YGR

P:\CLIENTS\FLRCL\C & A Flooring, Inc\Pleadings\C12-1873 YGR - Notice of Voluntary Dismissal 060412.doc